Gardiner Metal Company, defendant in error, v. Frank Di Cristoforo, plaintiff in error. Gen. No. 33,671.

Opinion filed March 5, 1930. Rehearing denied March 31, 1930.

Cairoli Gigliotti, for plaintiff in error. Culver, Andrews & King, for defendant in error; William B. Gilmore, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Gertrude M. Richardson, appellee, v. Farney S. Hendricks, appellant. Gen. No. 33,737.

Opinion filed March 5, 1930.

Heth, Lister & Collins, for appellant. Harry A. Biossat, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

George E. West et al., appellees, v. Golfmore Land Company, appellant. Gen. No. 33,769.

Opinion filed March 5, 1930.

Culver, Andrews & King, for appellant; Orville R. Seiter, of counsel. Thomas H. Maddock, William A. Adams and Lester C. Childs, for appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.

A. M. Rosenblum, appellee, v. Ernest A. Carlson, appellant. Gen. No. 33,564.

Opinion filed March 5, 1930.

Frankel & Bloom, for appellant. Sidney Rosenblum, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

Madison & Kedzie State Bank, appellant, v. E. E. Mohr, appellee. Gen. No. 33,573.

Opinion filed March 5. 1930.

Isaac B. Lipson, for appellant; Randolph Thornton, of counsel. Martin W. Grosse, for appellee.

Mr. Justice Holdom delivered the opinion of the court.